

# THE ATTORNEY GENERAL

## OF TEXAS

**CRAWFORD C. MARTIN**
**ATTORNEY GENERAL**

AUSTIN, TEXAS 78711

January 25, 1967

Honorable Jack N. Fant
County Attorney
Room 201, City-County Building
El Paso, Texas 79901

Opinion No. M-14

Re: Construction of Section
15 of Article 5142b,
Vernon's Civil Statutes,
relative to the salary
to be paid the five
district judges in
El Paso County.

Dear Mr. Fant:

You have requested our opinion in the construction of Section 15 of Article 5142b, Vernon's Civil Statutes. Your specific question reads as follows:

"Is the Commissioners' Court compelled to pay a minimum sum of $3,900.00 per annum, or can the Court exercise discretion and pay nothing or any amount less than $3,900.00 to the five District Judges in El Paso County, Texas, under Section 15 of Article 5142b, V.A.T.C.S.?"

Section 15 of Article 5142b, Vernon's Civil Statutes, reads as follows:

"The Judges of the several District and Criminal District Courts who are members of the juvenile board in such counties, on account of the additional duties imposed on them, are hereby allowed an additional compensation of Three Hundred Twenty-five Dollars ($325.00) per month; and the County Judge in such counties, on account of the additional duties imposed on him, is hereby allowed an additional compensation of Seventy-five Dollars ($75.00) per month. The compensation herein provided for is to be paid by the Commissioners Court in such counties and is to be in addition to all other compensation now allowed by law to such officers. The Commissioners Court, in its discretion, may also

- 52 -

allow each member of the juvenile board an in-
crease in such additional compensation in an
amount not to exceed One Thousand Dollars
($1,000.00) per year, but any increase must
be allowed uniformly for all members of the
Board. Provided, however, that in counties
coming under the provisions of this Act, the
members of the juvenile board shall not receive
any compensation under or by virtue of Acts of
1917, 35th Legislature, Chapter 16, page 27,
(Article 5139), as amended." (Emphasis added.)

In construing similar provisions contained in Article
6819a-3, Vernon's Civil Statutes, as the provisions above empha-
sized in Section 15 of Article 5142b, Vernon's Civil Statutes,
it was held in Attorney General's Opinion WW-610 (1959) that
". . .the Commissioners' Court is compelled under Section 2A of
said S.B. 78 to pay $2,900.00 annually, and such Court cannot
exercise discretion and pay a lesser amount or nothing."

It is noted that Section 15 specifically provides that
the judges "are hereby allowed an additional compensation of
Three Hundred Twenty-five Dollars ($325.00) per month" and that
such compensation is to be paid by the Commissioners Court and
is to be in addition to all other compensation now allowed by
law to such officers. Such language is mandatory and is not
discretionary. Hess and Skinner Engineering Co. v. Turney,
203 S.W. 593, 594 (Tex.Sup. 1918); Smissen v. State, 9 S.W.
112, 118 (Tex.Sup. 1888).

We therefore agree with your conclusion that the
compensation of $325.00 is to be paid by the Commissioners
Court and that the sole discretion in the Commissioners Court
is in allowing additional compensation in an additional amount
not to exceed $1,000.00 per year. You are accordingly advised
that the Commissioners Court is compelled by the provisions
of Section 15 of Article 5142b, Vernon's Civil Statutes, to
pay a minimum of $3,900.00 per annum to the judges of the
several District and Criminal District Courts who are members
of the juvenile board and such sum is to be in addition to all
other compensation now allowed by law to such officers.

## S U M M A R Y

The provisions of Section 15 of Article 5142b,
Vernon's Civil Statutes, stating that the judges of
the several District and Criminal District Courts
who are members of the juvenile board are hereby
allowed an additional compensation of $325.00 per

month is mandatory and the Commissioners Court cannot exercise discretion and pay a lesser amount.

Very truly yours,

CRAWFORD C. MARTIN
Attorney General of Texas

Prepared by John Reeves
Assistant Attorney General
JR:ra:mkh

APPROVED:
OPINION COMMITTEE

Hawthorne Phillips, Chairman
W. V. Geppert, Co-Chairman
J. C. Davis
Malcolm Quick
Pat Bailey
William Craig

STAFF LEGAL ASSISTANT
A. J. Carubbi, Jr.